UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW JACOBS,

                              Plaintiff,

          -v-

EQUIFAX INFORMATION SERVICES, LLC et al.,

                              Defendant.

---

22 Civ. 2661 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 31, 2022, the Court ordered the parties to provide an update by September 30,

2022, regarding the initiation of binding arbitration for all claims involved in this matter.  Dkt.

17.  The Court has not received an update.  The parties are reminded of their obligation to the

Court and ordered to file such an update with the Court by October 11, 2022.

          SO ORDERED.

_____
                              PAUL A. ENGELMAYER
                              United States District Judge

Dated: October 4, 2022
          New York, New York